BEVERLY BERKE et al., Respondents-Appellants, v. JOHN S. SHERMAN, Appellant-Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

LILLIAN CASOLA, Respondent, v. EMIDDIO CASOLA, Appellant.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

CITY OF MOUNT VERNON, Respondent, v. AUTOKEFALOS ORTHODOX SPIRITUAL CHURCH OF SAINT GEORGE et al., Defendants, and FOUNDATION FOR ORPHANS IN GREECE, INC., Appellant.—

No opinion. Beldock, Ughetta, Kleinfeld and Christ, JJ., concur; Nolan, P. J., concurs on the sole ground that the appellant is not aggrieved by the order.

NATHAN A. FUNK et al., Respondents, v. KAISER-FRAZER SALES CORPORATION, Appellant.—

Two substantial errors of law require reversal and a new trial: First, the alleged written warranty was admitted into evidence without proper foundation showing a connection between defendant and the paper; second, in its charge the court assumed that this exhibit was binding on the defendant and, in effect, withdrew this question from the jury. Both errors were saved by exception for our consideration. Nolan, P. J., Beldock, Christ and Pette, JJ., concur; Brennan, J., not voting.